**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**

IN RE:                                                                                  No:  4:12-bk-11165
   **DONNIE L. BRAZIER**                                                   **CHAPTER 13**
   SS#:  xxx-xx-9083

   **DEBTOR.**

AMENDED CHAPTER 13 PLAN

☒*Original*    ☐*Amended*

*Dated: March 7, 2012*

1. **Payments and Term.**

   The debtor will pay the chapter 13 trustee **$400.00 weekly** by wage order for 60 months and the following additional monies _____.

2. **Priority Claims (including administrative expenses)**

   (a)  All administrative expenses under 11 U.S.C. §§ 503(b) & 1326 will be paid in full, including fees to the debtor's attorney in the amount of **$2,000.00**, less **$-0-** previously paid by the debtor.
   (b)  Except as provided in paragraph 6 below, claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments, with tax claims paid as priority, secured, or unsecured in accordance with the filed claim.

3. **Secured Claims.**

   *(a) Cramdowns*.  The holders of the following allowed secured claims retain the liens securing such claims and will be paid by the trustee the vale of the security in the manner specified below.  The portion of any allowed claim that exceeds the value indicated will be treated as an unsecured claim under paragraph 4(c) below.

   | *Creditor* | *Collateral* | *Value* | *Monthly Payment* | *Interest Rate* |
   |---|---|---|---|---|
   | NATIONAL AUTO FINANCE | 2007 Dodge Caliber | $6,785.65 | $350.00 | 7.25% |
   | TITLE MAX | 2001 Oldsmobile Bravada | $1,694.85 | $170.00 | 7.25% |
   | DELL PREFERRED ACCOUNT | Desktop and laptop computers | $4,461.38 | $150.00 | 7.25% |

   (b) Surrender.  The debtor will surrender the following collateral and the creditor will have an allowed deficiency claim which will be paid as unsecured under paragraph 4(a) below.

   | *Creditor* | *Collateral to be Surrendered* |
   |---|---|
   | HSBC/KAWASAKI | 2006 Kawasaki motorcycle |

   (c) Long-Term Mortgages.  The holders of the following mortgage claims will retain and will be paid monthly maintenance payments which will extend beyond the life of the plan.  Any arrearage amount set

forth below is an estimate; arrearage claims will be paid in full in the amount of the filed claim, absent an objection. Increases in the monthly maintenance payments during the life of the plan will be paid by the indicated payer.

| *Creditor* | *Estimated Arrearage* | *Arrearage Interest Rate* | *Arrearage Monthly Payment* | *Maintenance Payment* | *Payment By: (Trustee or Debtor)* |
|---|---|---|---|---|---|

(d) *De Novo Review*. Notwithstanding any provision of this plan, the secured status and classification of any purported secured claim are subject to *de novo* review on the request of any party in interest made within 90 days following the filing of the claim or the expiration of the deadline for filing proofs of claim, whichever comes later.

**4.  Unsecured Claims.**

(a) *Nonpriority*. Except as provided in subparagraph (b) and in paragraph 6 below, allowed Nonpriority unsecured claims will be paid: at seventy percent (70%).

(b) Post-petition. Claims allowed under 11 U.S.C. § 1305 will be paid in full.

**5.  Executory Contracts and Unexpired Leases.**

Except the following which are assumed, all executory contracts and unexpired leases are rejected, with any claim to be paid as unsecured as provided in paragraph 4(a) above:

| Other Party to Contract | Property Description | Treatment by Debtor |
|---|---|---|

**6.  Special Provisions.**

Such as cosigned debts, debts paid by third party, student loans, special priority debts.

/s/ Thomas C. McBee
**Thomas C. McBee, BPR# 3002**
Attorney for Debtor
17 South College Street
Winchester, TN 37398
(931) 967-1715

/s/ Donnie L. Brazier
**Donnie L. Brazier, Debtor**

# **CERTIFICATE OF SERVICE**

     I, the undersigned, do hereby certify that a true and exact copy of the attached Amended Chapter 13 Plan has been furnished all interested parties by placing a copy of said Notice in the United States Mail with sufficient postage thereon to carry same to its destination, addressed to the following:

| | |
|---|---|
| Mr. Donnie L. Brazier<br>108 Circle Drive<br>Estill Springs, TN  37330 | Mr. C. Kenneth Still<br>Trustee in Bankruptcy<br>P.O. Box 511<br>Chattanooga, TN 37401 |
| Capital One Bank<br>P. O. Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank<br>P. O. Box 30281<br>Salt Lake City, UT  84130 |
| Chase Bank<br>P. O. Box 94014<br>Palatine, IL  60094-4014 | Chase Bank<br>P. O. Box 15298<br>Wilmington, DE  19850 |
| Chase Bank/Best Buy<br>P. O. Box 15298<br>Wilmington, DE  19850 | Collection Service Agency<br>P. O. Box 23484<br>Chattanooga, TN  37422-3484 |
| Credit One<br>P. O. Box 60500<br>City of Industry, CA  91716-0500 | Credit One Bank<br>P. O. Box 98873<br>Las Vegas, NV  89193 |
| Dell Computer/WEB Bank<br>P. O. Box 81577<br>Austin, TX  78708 | Dell Preferred Account<br>Payment Processing Center<br>P. O. Box 6403<br>Carol Stream, IL  60197-6403 |
| Extension Express<br>P. O. Box 329<br>Tucker, GA  3085 | Fingerhut<br>P. O. Box 166<br>Newark, NJ  07101-0166 |
| Fox Collection Center<br>456 Moss Trail<br>Goodlettsville, TN  37072 | GE Money Bank/Lowe's<br>P. O. Box 965005<br>Orlando, FL  32896 |

| | |
|---|---|
| Home Depot Credit Services<br>Processing Center<br>Des Moines, IA  50364-0500 | Home Depot Credit Services<br>P. O. Box 653000<br>Dallas, TX  75265-3000 |

| | |
|---|---|
| Home Depot/Citibank<br>P. O. Box 6497<br>Sioux Falls, SD  57117 | HRRG<br>P. O. Box 5406<br>Cincinnati, OH  45273-7942 |
| HRRG<br>P. O. Box 189053<br>Plantation, FL  33318-9053 | HSBC/Sawas<br>P. O. Box 5253<br>Carol Stream, IL  60197 |
| Internal Medicine Assoc. of Tullahoma<br>1805 N. Jackson Street<br>Tullahoma, TN  37388 | J. C. Penney<br>P. O. Box 960090<br>Orlando, FL  32896-0090 |
| Lowe's/GECRB<br>P. O. Box 530914<br>Atlanta, GA  30353-0914 | Merrick Bank<br>10705 S. Jordan Gateway<br>Suite 200<br>South Jordon, UT  84095 |
| National Auto Finance, Co.<br>P. O. Box 9001951<br>Louisville, KY  40290-1951 | Ocwen Loan Servicing<br>1661 Worthington Road<br>Suite 100<br>West Palm Beach, Fl  33409 |
| OneMain Financial<br>300 Saint Paul Place<br>Baltimore, MD  21202 | OneMain Financial<br>P. O. Box 183172<br>Columbus, OH  43218-3172 |
| State Farm Bank<br>P. O. Box 23025<br>Columbus, GA  31902-3025 | State Farm Financial Services<br>3 State Farm Plaza N-3<br>Bloomington, IL  61791 |
| Target National Bank<br>P. O. Box 660170<br>Dallas, TX  75266-0170 | Target National Bank<br>P. O. Box 673<br>Minneapolis, MN  55440 |
| Title Max<br>356 Dinah Shore Boulevard<br>Winchester, TN  37398 | Wal-Mart/GEMB<br>P. O. Box 530927<br>Atlanta, GA  30353-0927 |
| Winchester Anesthesia Group<br>66 Sunrise Park<br>Winchester, TN  37398 | |

This 7th day of March, 2012

**/s/ Thomas C. McBee**
Thomas C. McBee